UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>TIMOTHY DOUGLAS MARTINO,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00213-APG-NJK<br><br>ORDER GRANTING MOTION TO TRAVEL<br><br>[ECF No. 21] |

　　　　Defendant Timothy Martino's motion for permission to travel **(ECF No. 21) is granted**. Mr. Martino's conditions of supervision are modified as follows:

1. Mr. Martino may travel to Cabo, Mexico from March 13 to 17, 2023.

2. Mr. Martino must provide his itinerary to his Probation Officer immediately.

3. If the Probation Office deems it wise to require Mr. Martino to check in during his trip, they shall inform Mr. Martino of that requirement and any schedule or specifics about how to do so.

4. If Mr. Martino's passport has been confiscated by Pretrial Services or the Probation Office, they are to return it to him by March 10, 2023.  Mr. Martino must return the passport by March 20, 2023.

5. Mr. Martino must check in with the Probation Office within 24 hours of returning from this trip.

DATED THIS 27th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE